United States District Court
for the District of
Columbia

FILED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Marilyn Preston-Killingham
1100 - sixth St. SW
Washington, DC 20024
(202) 484-1976   Plaintiff

vs

Washington Metropolitan Area
Transit Authority (Metro)
600 Fifth Street, NW
Washington, DC 20001
Defendant

CASE NUMBER   1:06CV00074
JUDGE: Ellen Segal Huvelle
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 01/13/2006

## COMPLAINT

COMES NOW Marilyn Preston-Killingham, pro se plaintiff, complaining about the negligence of Washington Metropolitan Area Transit Authority on December 25, 2003.

A. Plaintiff is a citizen of Washington and is domiciled at the address shown above.

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

B. Defendant operates transportation for Maryland, District of Columbia, and Virginia

C. This Court has jurisdiction

## Nature of the Case

A. This action arises from an incident on the Red Line at Gallery Place on Christmas Day, 2003. The doors clamped me and my automatic wheelchair halfway off the train car and halfway on the platform.

B. Three people inside the train and two people on the platform tried to unclamp the doors while the chimes continued "doors closing." Pushing from within and pulling from the outside did not immediately dislodge me and my wheelchair.

C. My left wrist was hurt and my body twisted + turned while seated in the clamped door.

— 3 —

D. Finally, I exited the train; I went to the Kiosk and wrote a card reporting this incident. Plaintiff gave this card to the station manager in the booth at Gallery Place.

E. In January, 2004, I requested a copy of the Report and of the Metro Police Report taken at Gallery Place by Officer A. M. Loney.

F. Plaintiff followed through with Ms. Robin McClelland many times; there are records of 3/25/04 and 6/18/04.

G. Plaintiff was told by Mr. Anthony Richardson that the file was assigned to him as Claims Adjustor on June 14, 2004 and closed on November 18, 2004 by him. There was never any communication by

-4-

phone, mail or in any way before or at the closing of the claim.

H. Metro attendant/Driver closed the train doors without looking to see if the doors were clear without care and regard for passengers as is his duty.

I. Metro personnel ignored the incident continually causing further anxiety to Plaintiff.

G. Metro doors did NOT sense my chair or my obstruction and we were in the door BEFORE the chimes sounded and doors simultaneously closed with FORCE.

H. My fears, and those of other customers, was that the train would take off/pull off with me partially aboard,

-5-

Wherefore, Plaintiff is requesting a trial by Jury.

Plaintiff seeks relief for her injury for her fear/anxiety in riding the subway or hearing the chimes despite living almost next to the Waterfront Station, pain and suffering, inability to use Metro discount for the disabled and her attendant, for the disrespect shown by Metro personnel. And for monetary and equitable and such other and further relief as the Court deems just and proper.

Respectfully submitted
*Marilyn Killingham*
Marilyn Preston Killingham
Plaintiff