

# Event Report

**Metro Transit Police Department**   ORI-DCMTP0000

| Type of Report | MTPD CCN | Local Juris. | Local CCN |
|---|---|---|---|
| ☐ Offense  ☑ Incident | 2003-41517 | DC | |

## Event Location

| Street | Station Acronym | City | County | State | MTP District |
|---|---|---|---|---|---|
| 630 H ST., N.W | GALP | WASHINGTON | | DC | 2 |

| Date of Event (MMDDYYYY) | | Time of Event (Military Time) | | Date of Report | Time of Report |
|---|---|---|---|---|---|
| From 12252003 | To | From 2200 | To | 12252003 | 2230 |

### Choose one category

| Rail Station, Line or Right-of-Way (Choose color) | On Bus | Property | Other |
|---|---|---|---|
| ☑ Red   ☐ Green | ☐ On the street | ☐ Bus Yard | ☐ Bus Stop |
| ☐ Blue  ☐ Yellow | ☐ In an Intersection | ☐ Rail Yard | ☐ Not WMATA Property |
| ☐ Orange ☐ Future Line | | ☐ Other Metro Property | |

Specific Location (Foot Bridge, Kiosk, Platform, Tracks Etc.): **Platform**

For Burglary or B & E Only — Entry Method ☐ Force ☐ No Force — If Hotel Rule Applies, # Premises or Facilities Entered:

Check one box that best describes the event location.

- ☑ Rail Station/Bus Station 01
- ☐ Bank/Savings & Loan 02
- ☐ Bar/Night Club 03
- ☐ Church/Synagogue/Temple 04
- ☐ Commercial/Office Building 05
- ☐ Construction Site 06
- ☐ Convenience Store 07
- ☐ Department/Discount Store 08
- ☐ Drug Store/Dr.'s Office or Hospital 09
- ☐ Field/Woods 10
- ☐ Government/Public Bldgs. 11
- ☐ Grocery/Supermarket 12
- ☐ Highway/Road/Alley 13
- ☐ Hotel/Motel/Etc. 14
- ☐ Jail/Prison 15
- ☐ Lake/Waterway 16
- ☐ Liquor Store 17
- ☐ Parking Lot/Garage 18
- ☐ Rental/Storage Facility 19
- ☐ Residence/Home 20
- ☐ Restaurant 21
- ☐ School/College 22
- ☐ Service/Gas Station 23
- ☐ Spclty Store (TV, Fur., etc.) 24
- ☐ Other/Unknown 25

## Event Information

| If Incident Use This Block | Offense # ☐ Attempted ☐ Completed | Offense # ☐ Attempted ☐ Completed | Offense # ☐ Attempted ☐ Completed | Offense # ☐ Attempted ☐ Completed |
|---|---|---|---|---|
| Incident Classification: **INJURED PERSON** | Offense Classification | Offense Classification | Offense Classification | Offense Classification |
| Incident Description: **HURT WRIST** | Description | Description | Description | Description |
| | Weapon/Force __/__/__  Type of Activity __/__/__ | Weapon/Force __/__/__  Type of Activity __/__/__ | Weapon/Force __/__/__  Type of Activity __/__/__ | Weapon/Force __/__/__  Type of Activity __/__/__ |

Insert Weapon/Force Codes and Type of Activity Codes in spaces above only if they apply to the offense being reported. Use up to three codes per offense.

### Weapon or Force Used (Place 'A' after code if weapon was fully automatic.)

- 11 - Firearm (type not stated)
- 12 - Handgun
- 13 - Rifle
- 14 - Shotgun
- 15 - Other Firearm
- 20 - Knife/Cutting Instrument (axe, etc.)
- 30 - Blunt Object (club, etc.)
- 35 - Motor Vehicle (as weapon)
- 40 - Personal Weapons (hand, etc.)
- 50 - Poison
- 60 - Explosives
- 65 - Fire/Incendiary Device
- 70 - Narcotics/Drugs/Sleeping Pills
- 85 - Asphyxiation
- 90 - Other
- 95 - Unknown
- 99 - None

### Type of Activity

- B - Buying/Receiving
- C - Cultivating/Manufacturing/Publishing
- D - Distributing/Selling
- E - Exploiting Children
- O - Operating/Promoting/Assisting
- P - Possessing/Concealing
- T - Transporting/Transmitting/Importing
- U - Using/Consuming
- J - Juvenile Gang
- G - Other Gang
- N - No Gang

Note: Regarding Gang Activity, if the offense is a crime against person, then insert no more than two gang activity codes per offense. For the other activity types, three entries are acceptable.

Offender Suspected of Using: ☐ Alcohol A  ☐ Drugs D  ☐ Computer Equipment C  ☑ N/A N  ☐ Modus Operandi (MO):

## Case Status Information

**06 0074**

| Case Status (Completed by the Supervisor who signs this report.) | If Case Cleared Exceptionally, Check Reason: | Clearance Date |
|---|---|---|
| ☑ Open O  ☐ Juvenile Arrest G | ☐ Death of Offender A  ☐ Refused to Cooperate D | MMDDYYYY |
| ☑ Closed B  ☐ Summons/Citation P | ☐ Prosecution Declined B  ☐ Juvenile, No Custody E | |
| ☐ Adult Arrest D  ☐ Unfounded U | ☐ Extradition Denied C  ☐ Not Cleared Exceptionally N | |

FILED

| Reporting Officer (Print) | Badge # | Second Officer (Print) | | Badge # |
|---|---|---|---|---|
| A. M. LONEY | 466 | | JAN 13 2006 | |
| Supervisor's Name (Print & Sign) TW Boy (BOYER) | ID # 543 | Teletype # | Investigator Notified | ID # |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Bias Motivation

Hate Crime Motivation:  ☐ None 88   ☐ Unknown 99   (Check below only if objective facts indicate offender's criminal act was motivated by his or her bias.)

**Racial Bias**
☐ Anti-White 11
☐ Anti-Black 12
☐ Anti-American Indian/Alaskan Native 13
☐ Anti-Asian/Pacific Islander 14
☐ Anti-Multi-Racial Group 15

**Religious Bias**
☐ Anti-Jewish 21
☐ Anti-Catholic 22
☐ Anti-Protestant 23
☐ Anti-Islamic (Moslem) 24
☐ Anti-Other Religion 25
☐ Anti-Multi-Religious Group 26
☐ Anti-Atheism/Agnosticism 27

**Ethnicity/National Origin Bias**
☐ Anti-Arab 31
☐ Anti-Hispanic 32
☐ Anti-Other 33

**Disability Bias**
☐ Anti-Physical Disability 51
☐ Anti-Mental Disability 52

**Sexual Bias**
☐ Anti-Male Homosexual 41
☐ Anti-Female Homosexual 42
☐ Anti-Homosexual (both) 43
☐ Anti-Heterosexual 44
☐ Anti-Bisexual 45

## Victim Information

Victim Sequence #: 001    ☑ Victim Assistance Provided    Total Number of Victims: 1

Last Name: PRESTON    First: MARILYN    MI:    DOB:    Phone #: (202) 474-1976    E-Mail:

Home Address Street: 1100 6th ST. S.W.    City: WASHINGTON    Co:    State: DC    Zip: 20024    Work/School Address - Addl. Contact Info.:    Additional Phone:

**Age Of Victim**
Known Age: __ Or Range From: __ To: __ Or  Under 24 Hrs. ☐  1 - 6 Days Old ☐  7 - 365 Days Old ☐  Over 98 Years Old ☐  Unknown ☐

**Sex**
☐ Male M
☑ Female F
☐ Unknown U

**Race**
☐ White W    ☐ American Indian I
☑ Black B    ☐ Unknown U
☐ Asian A

**Ethnicity**
☐ Hispanic H
☑ Non-Hispanic N
☐ Unknown U

**Resident Status**
☑ Resident R
☐ Nonresident N
☐ Unknown U

**Classification of Victim (Check only one.)**
☑ Passenger P    ☐ Other Worker K
☐ Employee E    ☐ Transit Facility
☐ Other O    Occupant F

**Type of Victim (Check only one.)**
☑ Individual I    ☐ Government G    ☐ Other O
☐ Business B    ☐ Religious R    ☐ Unknown U
☐ Financial F    ☐ Society/Public S

**This Victim is Related to Which Offenses**
☐ #1  ☐ #4  ☐ #7  ☐ #10
☐ #2  ☐ #5  ☐ #8  ☐ Others
☐ #3  ☐ #6  ☐ #9

☐ Check here if no suspect information is available at the time of this report.

Victim Relationship to Suspect/Arrestee (For multiple offenders, enter additional offender sequence number(s) in spaces.) Choose code from list below.

| Offender # (Suspect) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Relationship | | | | | | | | | |

Spouse SE         Grandchild GC       Acquaintance AQ      Homosexual Rel. HH    Victim was Offender VO
Common-Law Spouse CS  In-Law IL          Friend FR            Ex-Spouse XS         Relationship Unknown RU
Parent PA         Stepparent SP        Neighbor NE          Employee EE
Sibling SB        Stepchild SC         Babysittee (Baby) BE Employer ER
Child CH          Stepsibling SS       Boy/Girl Friend BG   Otherwise Known OK
Grandparent GP    Other Family OF      Child of BG Above CF  Stranger ST

**Injury Type (Check up to five.):**
☐ None N            ☐ Minor Injury M
☐ Broken Bones B    ☐ Major Injury O
☑ Poss. Int. Injuries I   ☐ Loss of Teeth T
☐ Severe Laceration L   ☐ Unconsciousness U

**Responding Ambulance:**
☐ District of Columbia DC    ☐ Alexandria AL
☐ Montgomery County MC       ☐ Fairfax County FC
☐ Prince George's County PG  ☐ Other OT
☐ Arlington County AR

**Taken Where**
☐ Admitted   ☐ Released   ☐ Refused

## Aggravated Assault / Homicide Information

**Aggravated Assault/Homicide Circumstances**

Aggravated Assault/Murder (Check up to two.):
☐ Argument 01
☐ Assault on Law Enforcement Officer 02
☐ Drug Dealing 03
☐ Gangland 04
☐ Juvenile Gang 05
☐ Lovers' Quarrel 06
☐ Mercy Killing 07
☐ Other Felony Involved 08
☐ Other Circumstances 09
☐ Unknown Circumstances 10

Negligent Manslaughter (Check only one.):
☐ Child Playing with Weapon 30
☐ Gun Cleaning Accident 31
☐ Hunting Accident 32
☐ Other Negligent Weapon Handling 33
☐ Other Negligent Killings 34

Justifiable Homicide (Check only one.):
☐ Criminal Killed by Private Citizen 20
☐ Criminal Killed by Police 21

**Additional Justifiable Homicide Circumstances**

Additional Justifiable Homicide Circumstances (Check only one.):
☐ Criminal Attacked Police Officer A
☐ Criminal Attacked Fellow Police Officer B
☐ Criminal Attacked Civilian C
☐ Criminal Attempted Flight from a Crime D
☐ Criminal Killed in Commission of a Crime E
☐ Criminal Resisted Arrest F
☐ Unable to Determine/Not Enough Information G

## Property Information

| Type | Code | Class. | WMATA Owned | Full Description (Include quantity, manufacturer, serial number, size, color, unique features, etc.) | Age | Fair Market Value | Recovered Value |
|---|---|---|---|---|---|---|---|
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | | | | |
| | | | ☐ | Vehicles: Enter Property Type, Code, Classification and Value here. (Describe Vehicle Below) | | | |

**Value Totals**

| Veh. Year | Make | Model | Color | Style | Tag # | State | Year | VIN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Property Recovered Date | # Stolen Vehicles | # Recovered Vehicles | Is any property in custody of a police agency? ☐ No ☐ Yes (If yes, explain below) |
|---|---|---|---|
| | | | |

**Property Type** (Enter number in the "Type" column above.)

1 - None   2 - Burned   3 - Counterfeit/Forged   4 - Damaged/Destroyed   5 - Recovered   6 - Seized (Drugs Only)   7 - Stolen   8 - Unknown

**Property Description Code** (Enter number in the "Code" column above.)

| | | | |
|---|---|---|---|
| 01 - Aircraft | 12 - Farm Equip. | 23 - Office-type Equipment | 34 - Storage Structure |
| 02 - Alcohol | 13 - Firearm | 24 - Other Motor Vehicle | 35 - Other Structure |
| 03 - Automobile | 14 - Gambling Equip. | 25 - Purse/Handbag/Wallet | 36 - Tools: Power/Hand |
| 04 - Bicycle | 15 - Heavy Const./Industrial Equip. | 26 - Radio/TV/VCR/Cell Phone/Camera | 37 - Truck |
| 05 - Bus | 16 - Household Goods | 27 - Recordings: Audio/Visual | 38 - Vehicle Parts/Accessories |
| 06 - Clothes/Furs | 17 - Jewelry/Precious Metals | 28 - Recreational Vehicle | 39 - Watercraft |
| 07 - Computer Hardw./Softw. | 18 - Livestock | 29 - Single Occupancy Dwelling | |
| 08 - Consumable Goods | 19 - Merchandise | 30 - Other Dwelling | 77 - Other |
| 09 - Credit/Debit Card | 20 - Money | 31 - Other Commercial/Business Structure | 88 - Pending Inventory |
| 10 - Drugs/Narcotics | 21 - Negotiable Instrument | 32 - Industrial/Manufacturing Structure | 99 - For future use |
| 11 - Drug/Narcotic Equip. | 22 - Non-Negotiable Instrument | 33 - Public/Community Structure | |

**Property Classification** (Enter letter in the "Class" column above.)

L - Lost   F - Found   P - Prisoner's   E - Evidence   D - Destruction   I - Impounded   V - Vehicle From Which Theft Occurred

**Suspected Drug Type** (If this event is a drug case, check up to three applicable boxes and write the estimated amount on the line.)

| | | |
|---|---|---|
| ☐ Crack Cocaine A _____ | ☐ LSD I _____ | ☐ Unknown Type U _____ |
| ☐ Cocaine B _____ | ☐ PCP J _____ | ☐ Over 3 Drug Types X |
| ☐ Hashish C _____ | ☐ Other Hallucinogens K _____ | |
| ☐ Heroin D _____ | ☐ Amphetamines/Methamphetamines L _____ | NOTE: If more than 3 drug types, select the 2 most |
| ☐ Marijuana E _____ | ☐ Other Stimulants M _____ | important listing amounts. Then check the "Over 3 |
| ☐ Morphine F _____ | ☐ Barbiturates N _____ | Drug Types" as the third, to represent the remaining |
| ☐ Opium G _____ | ☐ Other Depressants O _____ | drugs. |
| ☐ Other Narcotics H _____ | ☐ Other Drugs P _____ | |

**Use these measures.**

GM - Gram   LT - Liter   Unit (pills, etc.)
KG - Kilogram   FO - Fluid Ounce   NP - Number of Plants
OZ - Ounce   GL - Gallon   1 - Unknown quantity
LB - Pound   DU - Dosage   XX - Unknown measurement (Not reported)
ML - Milliliter

## Narrative Information

Brief Event Synopsis (Use Continuation/Supplement Report if necessary.)

V001 REPORTS WHILE EXITING THE RED LINE TRAIN TOWARD SHADY GROVE THE DOOR CLOSED ON HER IN THE WHEELCHAIR HURTING HER LEFT WRIST V001 REFUSED MEDICAL TREATMENT.

If second CCN is available, insert here: _____    ☐ Additional Narrative on Supplemental Report.

Event Report   Page 3 of 3