UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br> AREA TRANSIT AUTHORITY )<br>)<br>Defendant. ) | Case No. 1:06CV00074-ESH |

**DEFENDANT WMATA'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby states its Answer to Plaintiff's Complaint.

**Responses to Paragraphs in Complaint**
**[Introductory Paragraphs]**

A.   Admitted.

B.   With respect to Paragraph B, WMATA admits only that it operates the Metrorail and Metrobus systems in the Washington, D.C. metropolitan area.

C.   With respect to Paragraph C, WMATA admits only that this Court has jurisdiction over WMATA to the extent that any of Plaintiff's claims are ones for which WMATA's immunity has been waived under § 80 of the WMATA Compact. WMATA denies all other allegations of Paragraph C.

**[Paragraphs in Nature of the Case]**

A.    Denied for lack of information and belief.

B.    Denied for lack of information and belief.

C.    Denied for lack of information and belief.

D.    Denied for lack of information and belief.

E.    Denied for lack of information and belief.

F.    Denied for lack of information and belief.

G.    Denied for lack of information and belief.

H.    Denied.

I.    Denied.

[Second] G.  Denied for lack of information and belief.

[Second] H.  Denied for lack of information and belief.

Furthering answering the Complaint, WMATA denies all allegations not specifically admitted or otherwise answered.

**First Affirmative Defense**

Plaintiff's Complaint fails to state a claim upon which relief can be based.

**Second Affirmative Defense**

Plaintiff's claims are barred by contributory negligence and/or assumption of the risk.

### Third Affirmative Defense

Plaintiff's claims are barred, in whole or in part, by WMATA's sovereign/governmental immunity and § 80 of the WMATA Compact.

### Fourth Affirmative Defense

Should discovery provide a basis, WMATA reserves the right to argue that Plaintiff's claims are barred by the statute of limitations.

WHEREFORE, having fully answered the Complaint, Defendant WMATA respectfully requests that this matter be dismissed and that WMATA be awarded the costs of responding to this lawsuit.

Respectfully submitted,

**WASHINGTON METROPOLITAN
 AREA TRANSIT AUTHORITY**

Carol B. O'Keeffe #445227
General Counsel


　　　　　/s/
Mark F. Sullivan #430876
Deputy General Counsel


　　　　　/s/
Gerard J. Stief #925933
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1463

Attorneys for Defendant WMATA

4

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Defendant WMATA's Answer to Plaintiff's Complaint** was mailed first class, postage prepaid, this 28th day of February, 2006 to:

> Marilyn Preston-Killingham (pro se)
> 1100 Sixth Street, SW
> Washington, DC 20024

/s/
Gerard J. Stief