UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON KILLINGHAM )<br>)<br>Plaintiff )<br>)<br>V. )<br>)<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY )<br>)<br>Defendant )<br>) | Case No. 1:06CV00074-ESH |

PLAINTIFF'S OPPOSITION TO DEFENDANT'S REQUEST
THAT THIS MATTER BE DISMISSED AND FOR COSTS

Plaintiff respectfully requests that the Defendant's request that this matter be dismissed and that Defendant be awarded the costs of responding to this lawsuit be DENIED.

The Complaint about the harm caused by Defendant's negligence and the entire operation was stamp-filed on December 23, 2005 (and is not barred by the Statute of Limitations).

There is nothing in WMATA's sovereign/governmental immunity and/or in §80 of the WMATA Compact (of Virginia) or elsewhere that bars Plaintiff's claims.

Plaintiff was not negligent in any way.

Plaintiff prays that the Defendant's request that this matter be dismissed and the request of Defendant WMATA be awarded the costs of responding to this lawsuit be denied.

Respectfully submitted,

*Marilyn Killingham*

Marilyn Preston Killingham, pro se Plaintiff
1100 Sixth Street, SW
Washington, DC  20024
(202) 484-1976

RECEIVED

MAR - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Plaintiff's Opposition to Defendant's Request that this Matter be Dismissed and For Costs** was mailed first class, postage prepaid, this 9th day of March, 2006 to

>Carol B. O'Keeffe #445227
>General Counsel
>Washington Metropolitan Area Transit Authority
>600 Fifth Street, NW
>Washington, DC  20001

_____
Marilyn Preston Killingham

2