UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARILYN PRESTON-KILLINGHAM,** | ) |
| **Plaintiff**, | ) |
| v. | ) Civil Action No. 06-0074 (ESH) |
| **WASHINGTON METRO AREA TRANSIT AUTHORITY,** | ) |
| **Defendant**. | ) |

## MEDIATION REFERRAL ORDER

Upon consideration of matters raised at the meet and confer status conference held on April 18, 2006, and the recommendations contained in the parties' Joint LCvR 16.3 Report to the Court, the parties agree that this case should be promptly referred for mediation. With the consent of the parties, it is hereby **ORDERED** that

1. This matter is referred for mediation to commence as of April 18, 2006.

2. The Clerk of Court shall promptly furnish a copy of this Order to the Circuit Executive who shall promptly designate a mediator.

3. Mediation efforts shall conclude by June 18, 2006.

4. If the case settles in whole or in part, plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED.**

/s
ELLEN SEGAL HUVELLE
United States District Judge

DATE: April 18, 2006