UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-0074 (ESH) |

NOTICE OF WITHDRAWAL

Please withdraw the appearance of David S. Panzer, as Court-Appointed Mediation Counsel, on behalf of Plaintiff Marilyn Preston-Killingham.

DATE: May 16, 2006.

Respectfully submitted,

_____
David S. Panzer
Greenberg Traurig LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006
(202) 331-3100

1