UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2006 JUN -7 PM 10: 28

NANCY M.
MAYER-WHITTINGTON
CLERK

MARILYN PRESTON-KILLINGHAM )
         Plaintiff )
          )
v. )   Case No. 1:06cv00074 ESH-AK
          )
WASHINGTON METROPOLITAN AREA TRANSIT )
AUTHORITY )
         Defendant )

PLAINTIFF'S NOTICE TO THE COURT

Plaintiff respectfully requests that this Honorable Court take notice that Plaintiff was unaware of any action or entries in this case until the Docket was checked yesterday.

Plaintiff was checking on the status of a Subpoena submitted to the Clerk's office after the Hearing in Judge Huvelle's Courtroom on April 18, 2006 for use in preparation for mediation. Instead, Plaintiff learned that an Order was entered on April 19, 2006 (for the promised appointed counsel to represent plaintiff for the limited purpose of assisting in the resolution of this matter through mediation). This Order was not mailed to me.

Further, a NOTICE OF WITHDRAWAL was shown from David S. Panzer as Court-Appointed Mediation Counsel on Plaintiff's behalf DATED AND FILED MAY 16, 2006. Plaintiff was not notified or served by the Attorney nor the Court.

Attached is a copy of a sheet showing that NOTICE WILL BE ELECTRONICALLY MAILED TO Defendant but that NOTICE WILL BE DELIVERED BY OTHER MEANS to Plaintiff.

PlAINTIFF IS PRO SE AND NEEDS TO KNOW WHAT IS HAPPENING IN THIS CASE PLEASE.

Respectfully submitted,
*Marilyn Preston Killingham*
MARILYN PRESTON-Killingham

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was mailed this 7th day of June, 2006 to Attorney Gerard Stief, 600 Fifth St., NW WDC 20001.

*Marilyn Preston Killingham*
Marilyn Preston Killingham



DCD_ECFNotice@dcd.uscourts.gov
03/17/2006 11:39 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-00074-ESH PRESTON-KILLINGHAM v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY "Notice (Other)"

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from BL, entered on 3/17/2006 at 11:39 AM EDT and filed on 3/17/2006

Case Name:     PRESTON-KILLINGHAM v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
Case Number:   1:06-cv-74
Filer:
Document Number:

Docket Text:
NOTICE: The initial scheduling conference set for 3/24/06 is vacated and reset for 4/18/06, at 2:00 p.m. (BL)

The following document(s) are associated with this transaction:

1:06-cv-74 Notice will be electronically mailed to:

Gerard Joseph Stief    GStief@WMATA.com

1:06-cv-74 Notice will be delivered by other means to:

MARILYN PRESTON-KILLINGHAM
1100 Sixth Street, SW
Washington, DC 20024