UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Marilyn Preston-Killingham, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Washington Metropolitan Area )<br>  Transit Authority, )<br>)<br>Defendant. ) | Civil Action No. 1:06CV00074 (AK) |

### NOTICE OF WITHDRAWAL

To the Clerk of this Court:

    Please enter my withdrawal as mediation counsel in this case for the Plaintiff, Ms. Marilyn Preston-Killingham. This withdrawal is made pursuant to the "Guidelines for Court-Appointed Mediation Counsel" attached to and incorporated by reference into the Court's Order of Appointment dated May 18, 2006.

    Respectfully submitted,

/s/ _____
Henry F. Schuelke, III (D.C. Bar No. 91579)
Janis, Schuelke & Wechsler
1728 Massachusetts Avenue, N.W.
Washington, D.C. 20036
(202) 861-0600

Dated: June 15, 2006