UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY ) <br> ) <br> Defendant. ) | Case No. 1:06CV00074-AK |

### DEFENDANT WMATA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PERMISSION TO HAVE SUBPOENA SERVED ON WMATA

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby opposes Plaintiff's Motion for Permission to Have Subpoena Served on WMATA. Apparently, Plaintiff seeks to have the Clerk's Office issue a subpoena for a "comment card" which she allegedly submitted to WMATA shortly after the incident in issue.

The issuance of a subpoena is not the appropriate way to seek documents from a party opponent. See Fed. R. Civ. P. 34. Consequently, the Clerk's Office properly declined to issue any such subpoena. WMATA has been unable to date to locate any such comment card submitted by Plaintiff, but will continue to look and will supply a copy to Plaintiff if it is located.

Plaintiff's concern about notice is apparently misplaced, as she herself attached a copy of WMATA's contemporaneous Transit Police Event Report to her Complaint. WMATA also notes that, at the time Judge Huvelle transferred the case

to Magistrate Judge Kay for all purposes in April, 2006, she also referred the case to mediation. It is the undersigned's impression that Judge Huvelle intended mediation to occur before discovery takes place. No mediation session has been set to date.

WHEREFORE, for the foregoing reasons, WMATA respectfully requests that Plaintiff's motion be denied.

>Respectfully submitted,
>
>**WASHINGTON METROPOLITAN**
>  **AREA TRANSIT AUTHORITY**
>
>_____/s/_____
>Gerard J. Stief #925933
>Associate General Counsel
>600 Fifth Street, N.W.
>Washington, D.C. 20001
>(202) 962-1463
>Attorney for Defendant WMATA

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendant WMATA's Opposition to Plaintiff's Motion for Permission to Have Subpoena Served on WMATA** was mailed first class, postage prepaid, this 13th day of July, 2006 to:

> Marilyn Preston-Killingham (pro se)
> 1100 Sixth Street, SW
> Washington, DC 20024

_____/s/_____
Gerard J. Stief

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00074-AK |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Plaintiff's Motion for Permission to Have Subpoena Served on WMATA, and the Opposition thereto, it is by the Court this _____ day of _____, 2006:

ORDERED, that the motion is denied without prejudice to Plaintiff's right to seek the document in question through an appropriate discovery request.

_____
Alan Kay
United States Magistrate Judge

Copies to:

Marilyn Preston-Killingham
1100 Sixth Street, SW
Washington, DC 20024
By U.S. Mail

Gerard J. Stief
Associate General Counsel--WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
Electronically