UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>)<br>)<br>Defendant. )<br>) | **APPEARANCE**<br><br>Civil Action No. 1:06CV00074-AK |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this matter for the limited purpose of mediation on behalf of: MARILYN PRESTON-KILLINGHAM.

_____July 17, 2006_____
Date

_____490177_____
BAR IDENTIFICATION

Signature

Patrick M. Bryan
Print Name

Kirkland & Ellis LLP, 655 15th Street, NW, Suite 1200
Address

Washington DC,              20005
City         State        Zip Code

(202) 879-5285
Phone Number