UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN PRESTON KILLINGHAM
    Plaintiff

v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
    Defendant

Case No. 1:06cv00074---AK

PLAINTIFF'S RESPONSE TO WMATA'S OPPOSITION
TO PLAINTIFF'S MOTION FOR PERMISSION TO HAVE SUBPOENA SERVED ON WMATA

    Plaintiff respectfully prays again for the issuance of the subpoena of the comment card handed to the stationmaster in the kiosk of Gallery Place with the assistance of my attendant that was "found" by WMATA employee, Robin McClelland, after she located the names of the stationmaster and the train driver. Since she left the employ of WMATA, wmata claims NO KNOWLEDGE of the comment card. YET, WMATA continues to imply Plaintiff's confusion--at best.

    First, in WMATA's Answer to the Complaint. Often in conversation with Mr. Stief, and now in WMATA's opposition attempts have been made to confuse plaintiff.

    Plaintiff's request has nothing to do with the Transit Police Event Report that was written by the Metro Police. Plaintiff's handwritten comment card was submitted to WMATA employee on site. Plaintiff's concern is that WMATA continually asks "why did you wait so long?" This reference colors my case.

    WMATA even mentions the Statute of Limitations in its answer (when the Attorney knows there is a three-year Statute).

    The Comment Card takes away ANY question of my communication of the incident to WMATA and is needed for the mediation (hopefully discovery will not be necessary).

    Plaintiff believes that United States District Judge Ellen Segal Huvelle made the point plain that Mediation is an attempt to solve before trial and Ordered legal assistance to help with the Mediation only. All of this is to forego the need for discovery, depositions, and the expense of trial....

WHEREFORE, Plaintiff respectfully requests that Plaintiff's Motion be granted.

Respectfully Submitted
Marilyn Preston Killingham, Plaintiff pro se
1100 Fifth St SW
W DC 20024
202 484-1976

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response to Defendant's Opposition to Plaintiff's Motion for permission to have a Subpoena served on WMATA was mailed first class, postage prepaid this 17th day of July, 2006 to Gerard Stief, Associate General Counsel, 600 Fifth Street, NW, WDC 20001. (Reply Memorandum)

Marilyn Preston Killingham