UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON KILLINGHAM | ] |
| Plaintiff | ] |
| v. | ] Case No. 1:06CV00074-AK |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | ] |
| Defendant | ] |

ORDER

Upon consideration of Plaintiff's Motion for Permission to Have Subpoena Served on WMATA, the Opposition by Defendant, and the Response to WMATA's Opposition, it is by the Court this ____ day of _____, 2006:

ORDERED, that the motion is GRANTED to help effect Mediation in/of this case.

_____
ALAN KAY, U. S. Magistrate Judge

Copies to:

Marilyn Preston Killingham
1100 Sixth Street, SW
Washington, DC 20024

Gerard J. Stief
WMATA
600 Fifth Street, NW
Washington, DC 20001