UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,<br>　　　　Plaintiff,<br>　v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br>　　　　Defendant. | Civil Action No. 06-0074 (AK) |

## MEDIATION REFERRAL ORDER

The parties having consented to this case being handled by the undersigned for all purposes and trial, and the original trial court having referred the case for mediation between April 18, 2006 and June 18, 2006, but such mediation referral order having expired before Plaintiff obtained court-appointed counsel for the purpose of mediation, it is this 18th day of July, 2006, hereby

**ORDERED:**

1. This matter is referred for mediation to commence as of July 18, 2006.

2. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive who shall promptly designate a mediator.

3. Mediation efforts shall conclude by September 18, 2006.

4. If the case settles in whole or in part, Plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE