IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. 1:06CV00074-AK <br><br> Magistrate Judge Alan Kay |

## AGREED MOTION FOR AN EXTENSION OF TIME TO CONCLUDE MEDIATION

Plaintiff, Marilyn Preston-Killingham, by her respective undersigned attorneys, respectfully move this Honorable Court to extend the deadline to complete mediation and in support thereof states as follows:

1. The Court's order referring this case to mediation required the parties to conclude mediation by September 18, 2006.

2. The parties have engaged in good faith negotiations and have conferred jointly with the Court appointed mediator, Barbara O'Malley, Esq. To that end, Plaintiff, in response to a request by Defendant, Washington Metropolitan Area Transit Authority ("WMATA"), has agreed to produce certain medical records to the Defendant in an effort to advance the mediation process.

3. Plaintiff has requested copies of these medical records from third party hospitals but has not yet received copies of these records.

4.     For that reason, Plaintiff requests a sixty (60) day extension of the deadline to complete mediation (to November 18, 2006) in order to obtain and produce the requested records to the Defendant and to continue the mediation process.

5.     Counsel for Plaintiff has conferred with counsel for the Defendant regarding the instant motion. Counsel for Defendant WMATA has consented to the present motion to extend the deadline to complete mediation.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to complete mediation to November 18, 2006.

Dated: September 18, 2006

Respectfully submitted,

_____
Patrick M. Bryan
Kirkland & Ellis LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000 (tel.)
(202) 879-5200 (fax)