IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00074-AK |
| ) | |
| ) | Magistrate Judge Alan Kay |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE MEDIATION

THIS MATTER, is before the Court on the Plaintiff's agreed motion to extend the deadline to complete mediation to November 18, 2006. The Court, having considered the Plaintiff's submission, hereby grants the Plaintiff's motion.

IT IS SO ORDERED.


Dated: _____          _____
                                   U.S. Magistrate Judge Alan Kay