UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,<br>　　　　Plaintiff,<br>　　v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br>　　　　Defendant. | Civil Action No. 06-0074 (AK) |

## ORDER EXTENDING MEDIATION DEADLINE

Pending before the Court is Plaintiff's Motion [18] for a sixty-day extension of time in which to complete mediation. The Plaintiff having proffered good cause for such extension of time, and the Defendant having consented thereto, it is accordingly, this 18th day of September, 2006,

**ORDERED** that Plaintiff's Motion [18] be granted with the result that the deadline for completing mediation is extended up to and including Monday, November 20, 2006.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE