UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARILYN PRESTON-KILLINGHAM    )
                    Plaintiffs,    )
v.    )
                              )    **APPEARANCE**
WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,    )
                             )    Civil Action No. 1:06CV00074-AK
                 Defendant.    )

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this for: MARILYN PRESTON-KILLINGHAM.

_December 6, 2006_
Date

_[signature]_
Signature

_490177_
BAR IDENTIFICATION

Patrick B. Bryan
Print Name

Kirkland & Ellis LLP, 655 15th Street, NW, Suite 1200
Address

Washington DC,    20005
City    State    Zip Code

(202) 879-5285
Phone Number