IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON KILLINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, f/k/a WMATA,<br><br>    Defendant. | Civil Action No. 1:06-CV-00074 (AK)<br><br>Magistrate Judge Alan Kay<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER SETTING TRIAL DATE AND PRE-TRIAL DEADLINES

Pursuant to Local Rule 16.1, the parties' submission of a Joint Statement pursuant to Local Rule 16.3(c), and the Court's consideration of the nature and status of this action, it is hereby ORDERED as follows:

**Date to Amend Pleadings or Join Necessary Parties**.    Plaintiff may file an amended complaint no later than January 16, 2007.

**Initial Disclosures Pursuant to Rule 26(a)**.    The parties shall exchange initial disclosures required under Fed. R. Civ. P. 26(a) no later than January 31, 2007.

**Dispositive Motions.**    Defendant's motion to dismiss, if any, Plaintiff's Amended Complaint shall be filed within 20 days of Plaintiff's filing of an Amended Complaint. Plaintiff's opposition and Defendant's reply shall be filed within the time specified under the Local Rules.

Motions for summary judgment shall be filed no later than July 16, 2007. Oppositions to any motion for summary judgment shall be filed no later than 14 days after the opening motion and replies 7 days thereafter.

**Expert Discovery Deadline.** The parties reserve the right, if necessary, to utilize experts and offer testimony pursuant to Fed. R. Evid. 702. Plaintiff shall disclose all experts expected to testify and their expert reports by April 16, 2007. Defendant shall disclose all experts expected to testify and their expert reports by May 16, 2007. All depositions of experts shall be completed by June 15, 2007.

**Fact Discovery.** All fact discovery shall be completed by June 15, 2007. All document productions, depositions, answers to interrogatories and requests for admission shall be completed by this date.

**Pretrial Conference.** The pretrial conference shall be held on _____ [TBD].

**Trial Date.** The trial date shall be _____ [TBD].

**Motions in limine.** All motions in *limine* shall be filed at least 30 days prior to the scheduled trial date.

Dated: _____.

_____
The Hon. Alan Kay
United States District Court Magistrate Judge