UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON KILLINGHAM,<br>    Plaintiff,<br>v.<br><br>WASHINGTON METROPOLITAN<br>TRANSIT AUTHORITY,<br>    Defendant. | Civil Action No. 06-00074<br>(AK) |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Statement [22] pursuant to Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f), and the parties having consented to the referral of this matter to the undersigned for all purposes and trial, and such referral having been made on April 18, 2006, it is accordingly this 11th day of January, 2007,

**ORDERED** that the parties will comply with the following schedule:

1. Plaintiff may file an Amended Complaint no later than January 16, 2007.

2. Initial Disclosures shall be exchanged no later than January 31, 2007.

3. Defendant's motion to dismiss Plaintiff's Amended Complaint, if any, shall be filed within 20 days of Plaintiff's filing of an Amended Complaint. Plaintiff's opposition and Defendant's reply shall be filed within the time specified under the Local Rules.

4. Motions for summary judgment, if any, shall be filed no later than July 16, 2007. Oppositions to any motion for summary judgment shall be filed no later than 14 days after the opening motion and replies 7 days thereafter.

5. The parties reserve the right , if necessary, to utilize experts and offer testimony pursuant to Fed. R. Evid. 702. Plaintiff shall disclose all experts expected to testify and their expert reports by April 16, 2007. Defendant shall disclose all experts expected to testify and their expert reports by May 16, 2007. All depositions of experts shall be completed by June 15, 2007.

6. All fact discovery shall be completed by June 15, 2007. All document productions, depositions, answers to interrogatories and requests for admission shall be completed by

this date.

7. A telephonic status conference is set for June 19, 2007, at 10:15 a.m. Chambers will initiate the call. A Pretrial Conference date and Trial date will be selected at that time.

                                                          _____/s/_____
                                                          ALAN KAY
                                                          UNITED STATES MAGISTRATE JUDGE