IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, a/k/a WMATA,<br><br>　　　　　Defendant. | Civil Action No. 1:06-CV-00074 (AK)<br><br>Magistrate Judge Alan Kay |

**NOTICE OF VOLUNTARY DISMISSAL OF COUNT III AND COUNT IV OF
PLAINTIFF'S FIRST AMENDED COMPLAINT**

　　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Marilyn Preston-Killingham, through the undersigned attorneys below, hereby voluntarily dismisses Count III (Negligent Supervision and Training) and Count IV (Negligent Hiring and Retention) of her First Amended Complaint, filed January 16, 2007, against Defendant Washington Metropolitan Area Transit Authority ("WMATA").  Defendant WMATA has not yet answered or otherwise responded to Plaintiff's First Amended Complaint.

　　　　This dismissal of Counts III and IV of Plaintiff's First Amended Complaint is with prejudice.

Dated: January 24, 2007　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Chong S. Park (D.C. Bar No. 463050)
　　　　　　　　　　　　　　　　　　　　　　　Patrick M. Bryan (D.C. Bar No. 490177)
　　　　　　　　　　　　　　　　　　　　　　　Eunnice H. Eun (D.C. Bar No. 500203)
　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　655 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 879-5000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 879-5200