IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,  )<br>       Plaintiff,  )<br>)<br>v.  )<br>)<br>WASHINGTON METROPOLITAN  )<br>AREA TRANSIT AUTHORITY,  )<br>       Defendant.  )<br>_____ ) | **NOTICE OF APPEARANCE**<br><br>Civil Action No. 1:06-CV-00074-AK |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this matter for Plaintiff MARILYN PRESTON-KILLINGHAM.

I certify that I am admitted to practice in this court.

Dated: March 2, 2007

_____
Eunnice H. Eun (D.C. Bar No. 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Attorney for Plaintiff Marilyn Preston-Killingham*