IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY, a/k/a<br>WMATA,<br><br>　　　　Defendant. | Civil Action No. 1:06-CV-00074 (AK)<br><br>Magistrate Judge Alan Kay |

## AGREED MOTION TO MODIFY SCHEDULING ORDER

Plaintiff, Marilyn Preston-Killingham, by her respective undersigned attorneys, respectfully moves this Honorable Court to extend the deadlines for expert disclosures, the completion of discovery, and motions for summary judgment and in support thereof states as follows:

1. The Court's Scheduling Order required Plaintiff to disclose all experts expected to testify and their expert reports by April 16, 2007, and Defendant to disclose all experts and their reports by May 16, 2007.

2. The Court's Scheduling Order also required all fact discovery and depositions of experts to be completed by June 15, 2007, and motions for summary judgment to be filed no later than July 16, 2007.

3. Plaintiff is unable to complete an expert report prior to the current April 16, 2007 expert disclosure deadline due to unavoidable scheduling issues.

4. For that reason, Plaintiff requests a four-week extension of the deadline to complete her expert disclosures (to May 14, 2007) and a four-week extension of the deadline for Defendant to complete its expert disclosures (to June 13, 2007).

5. Accordingly, in order to accommodate these proposed changes to the Court's Scheduling Order, Plaintiff further requests a four-week extension of the deadline to complete all fact discovery and depositions of experts (to July 13, 2007) and a four-week extension of the deadline for summary judgment motions (to August 13, 2007).

6. Counsel for Plaintiff has conferred with counsel for the Defendant regarding the instant motion. Counsel for Defendant WMATA has consented to the present motion to extend the deadlines for expert disclosures, the completion of discovery, and motions for summary judgment.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadlines for expert disclosures, the completion of discovery, and motions for summary judgment.

Dated: April 11, 2007                                  Respectfully submitted,

                                                  __/s/_Patrick M. Bryan_____
                                                  Patrick M. Bryan (D.C. Bar No. 490177)
                                                  Eunnice H. Eun (D.C. Bar No. 500203)
                                                  KIRKLAND & ELLIS LLP
                                                  655 Fifteenth Street, N.W., Suite 1200
                                                  Washington, DC 20005
                                                  (202) 879-5000 (tel.)
                                                  (202) 879-5200 (fax)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, a/k/a WMATA,<br><br>    Defendant. | Civil Action No. 1:06-CV-00074 (AK)<br><br>Magistrate Judge Alan Kay |

### [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER

THIS MATTER is before the Court on the Plaintiff's agreed motion to modify the Court's Scheduling Order by extending the deadline for Plaintiff's expert disclosures to May 14, 2007, extending the deadline for Defendant's expert disclosures to June 13, 2007, extending the deadline to complete all fact discovery and depositions of experts to July 13, 2007, and extending the deadline for filing summary judgment motions to August 13, 2007. The Court, having considered the Plaintiff's submission, hereby grants the Plaintiff's agreed motion.

IT IS SO ORDERED.

Dated: _____

_____
The Hon. Alan Kay
United States District Court Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Agreed Motion to Modify Scheduling Order and attached Proposed Order was served on the following via U.S. mail on April 11, 2007:

Gerard J. Stief
Associate General Counsel
Washington Area Metropolitan Transit Authority
600 Fifth Street, N.W.
Washington, DC 20001
Telephone: (202) 962-1463
Facsimile: (202) 962-2550

_____/s/_____
Patrick M. Bryan