# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM )<br><br>Plaintiff, )<br><br>v. )<br><br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br><br>Defendant. ) | Case No. 1:06CV00074-AK |

**DEFENDANT WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY(WMATA'S) ANSWERS
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby submits his Answers to Plaintiff's Interrogatories as follows:

**PRELIMINARY STATEMENT**

WMATA reserves the right to rely on any facts, documents, or other evidence which may subsequently develop or come to WMATA's attention. WMATA's Answers are set forth herein without prejudice to WMATA's right to assert additional objections or grounds for objections. WMATA reserves the right to supplement or amend these answers at any time prior to trial of this action. These Answers are being signed by Mr. Terry Smith in his capacity as WMATA's designated representative, and are not based on personal knowledge.

**INTERROGATORIES**

1. Describe in detail the basis for your contention that Plaintiff's claims are barred in whole or in part by WMATA's sovereign/governmental immunity and Section

80 of the WMATA compact.

**ANSWER:**

WMATA has immunity for governmental functions, including, but not limited to, design activities. <u>See</u> <u>Dant v. District of Columbia & WMATA</u>, 829 F.2d 69 (D.C. 1987).

2. Describe in detail the basis for your contention that Plaintiff was contributorily negligent and/or assumed the risk of injury.

**ANSWER:**

Plaintiff was contributorily negligent and/or assumed the risk in her failure to pay full time and attention to her surroundings and by attempting to exit through the doors when they were closing.

3. Describe in detail the proper procedure a Metrorail train car operator must follow in closing Metrorail car doors, including any safety guidelines or precautions an operator is expected to observe or follow before closing Metrorail car doors.

**ANSWER:**

<u>See</u> the accompanying segment from the Initial Train Operator Training Handbook.

4. Describe in detail any safety devices or mechanisms designed or intended to alert a Metrorail train operator to an obstruction preventing the proper closure of Metrorail car door and the procedures to be followed by Metrorail car operators in order to ensure any such obstruction has been cleared.

**ANSWER:**

<u>See</u> the accompanying segment from the Initial Train Operator Training Handbook.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**EXECUTED ON MARCH 26, 2007.**

Respectfully submitted,

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

_____
Terry L. Smith, Manager
Office of Third Party Liability-SSRM and
Designated WMATA Representative
600 Fifth Street, N.W.
Washington, DC 20001

As to objections:

_____
Gerard J. Stief #925933
Assistant General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1463
Attorney for Defendant WMATA

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendant WMATA's Answers to Plaintiff's First Set of Interrogatories** was mailed, postage prepaid this 26TH day of March, 2007 to:

Patrick M. Bryan, Esq.
Eunnice H. Eun, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

_____
Gerard J. Stief