# Exhibit F



"Gerard J. Stief"
&lt;gstief@wmata.com&gt;

03/05/2007 10:47 AM

To  "Patrick Bryan" &lt;PBryan@kirkland.com&gt;

cc

bcc

Subject  Re: MPK v. WMATA

This will confirm our conversation today that you consent to extending
the deadline for WMATA's responses to your outstanding discovery
requests without the need for a formal motion until March 26, 2007.  I
will fax you a train interval report so that hopefully we can narrow
down the number of trains for which you are looking for data.  Thank you
for your cooperation.

Gerry

Gerard J. Stief
Associate General Counsel
Washington Metropolitan Area
Transit Authority
Office of General Counsel
600 Fifth Street, NW
Washington, DC  20001
(202) 962-1463 (Direct Line)
(202) 962-2550 (Fax)
gstief@wmata.com


THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED
ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE.  IF THE READER OF THIS
MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER
IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS
STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED.  IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL
IMMEDIATELY, COLLECT IF NECESSARY.

&gt;&gt;&gt; Patrick Bryan &lt;PBryan@kirkland.com&gt; 01/04/07 7:39 PM &gt;&gt;&gt;
Gerry -- Attached is a copy of the joint statement and proposed order
filed today.  Although I am sure that you're registered with the
ECF/Pacer
system for service of court docs, I've had a hard copy of the attached

served via US mail.

Best,

Patrick


Patrick M. Bryan
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Direct Line: (202) 879-5285
Direct Fax: (202) 654-9585
**************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for

the use of the addressee.  It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful.  If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************