# ROCS SPOTS REPORT

based on up-to-the-second operational performance data from the Rail Operations Control System

Current date/time: Mon Apr 2 13:06:50 2007

Select Platform: B01-2   and/or Select ID: [ ]   Leave blank to remove criteria
Select Date: Dec 25 2003   Select Times (0-24HRS): From 18:00 To 24:00

Generate Report

| ID | Platform | length | dcode | Right door open | Right door close | dwell | Left door open | Left door close | dwell | Head Arrived | Tail cleared | Headway door open to door open |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | B01-2 | 4 | 12 | 18:01:22 | 18:01:40 | 18 | | | | 18:01:00 | 18:02:04 | - |
| 204 | B01-2 | 4 | 9 | 18:08:49 | 18:09:05 | 16 | | | | 18:08:27 | 18:09:31 | 7:27 |
| 107 | B01-2 | 4 | 12 | 18:14:50 | 18:15:03 | 13 | | | | 18:14:28 | 18:15:32 | 6:01 |
| 205 | B01-2 | 4 | 9 | 18:23:03 | 18:23:23 | 20 | | | | 18:22:41 | 18:23:50 | 8:13 |
| 108 | B01-2 | 4 | 12 | 18:29:54 | 18:30:10 | 16 | | | | 18:29:32 | 18:30:34 | 6:51 |
| 206 | B01-2 | 4 | 9 | 18:39:01 | 18:39:19 | 18 | | | | 18:38:39 | 18:39:44 | 9:07 |
| 109 | B01-2 | 4 | 12 | 18:45:32 | 18:45:57 | 25 | | | | 18:45:11 | 18:46:20 | 6:31 |
| 207 | B01-2 | 4 | 9 | 18:53:28 | 18:53:44 | 16 | | | | 18:53:05 | 18:54:08 | 7:56 |
| 110 | B01-2 | 4 | 12 | 19:00:03 | 19:00:17 | 14 | | | | 18:59:40 | 19:00:42 | 6:35 |
| 201 | B01-2 | 4 | 9 | 19:07:43 | 19:07:55 | 12 | | | | 19:07:20 | 19:08:21 | 7:40 |
| 101 | B01-2 | 4 | 12 | 19:14:52 | 19:14:59 | 7 | | | | 19:14:29 | 19:15:26 | 7:09 |
| 202 | B01-2 | 4 | 9 | 19:23:32 | 19:23:49 | 17 | | | | 19:23:09 | 19:24:12 | 8:40 |
| 102 | B01-2 | 4 | 12 | 19:30:53 | 19:31:07 | 14 | | | | 19:30:31 | 19:31:31 | 7:21 |
| 203 | B01-2 | 4 | 9 | 19:39:42 | 19:40:00 | 18 | | | | 19:39:20 | 19:40:24 | 8:49 |
| 103 | B01-2 | 4 | 12 | 19:46:26 | 19:46:41 | 15 | | | | 19:46:02 | 19:47:04 | 6:44 |
| 204 | B01-2 | 4 | 9 | 19:54:37 | 19:54:54 | 17 | | | | 19:54:15 | 19:55:19 | 8:11 |
| 104 | B01-2 | 4 | 12 | 20:01:07 | 20:01:23 | 16 | | | | 20:00:43 | 20:01:47 | 6:30 |
| 205 | B01-2 | 4 | 9 | 20:08:17 | 20:08:36 | 19 | | | | 20:07:53 | 20:09:01 | 7:10 |
| 105 | B01-2 | 4 | 12 | 20:16:20 | 20:16:32 | 12 | | | | 20:15:54 | 20:16:53 | 8:03 |
| 206 | B01-2 | 4 | 9 | 20:23:16 | 20:23:34 | 18 | | | | 20:22:53 | 20:23:56 | 6:56 |
| 106 | B01-2 | 4 | 12 | 20:30:55 | 20:31:22 | 27 | | | | 20:30:32 | 20:31:47 | 7:39 |
| 207 | B01-2 | 4 | 12 | 20:38:00 | 20:38:15 | 15 | | | | 20:37:37 | 20:38:39 | 7:05 |
| 107 | B01-2 | 4 | 12 | 20:44:37 | 20:44:47 | 10 | | | | 20:44:14 | 20:45:12 | 6:37 |
| 201 | B01-2 | 4 | 12 | 20:51:56 | 20:52:06 | 10 | | | | 20:51:33 | 20:52:31 | 7:19 |
| 108 | B01-2 | 4 | 12 | 21:02:03 | 21:02:57 | 54 | | | | 21:01:40 | 21:03:22 | 10:07 |
| 202 | B01-2 | 4 | 12 | 21:08:31 | 21:08:49 | 18 | | | | 21:08:09 | 21:09:14 | 6:28 |
| 109 | B01-2 | 4 | 12 | 21:16:16 | 21:16:38 | 22 | | | | 21:15:53 | 21:17:01 | 7:45 |
| 110 | B01-2 | 4 | 12 | 21:30:44 | 21:31:11 | 27 | | | | 21:30:21 | 21:31:36 | 14:28 |
| 101 | B01-2 | 4 | 12 | 21:45:03 | 21:45:56 | 53 | | | | 21:44:41 | 21:46:20 | 14:19 |
| 102 | B01-2 | 4 | 12 | 22:00:36 | 22:01:20 | 44 | | | | 22:00:16 | 22:01:45 | 15:33 |
| 103 | B01-2 | 4 | 12 | 22:15:31 | 22:15:41 | 10 | | | | 22:15:07 | 22:16:05 | 14:55 |
| 104 | B01-2 | 4 | 12 | 22:32:05 | 22:32:18 | 13 | | | | 22:31:43 | 22:32:42 | 16:34 |
| 105 | B01-2 | 4 | 12 | 22:46:11 | 22:46:31 | 20 | | | | 22:45:48 | 22:46:57 | 14:06 |

A

2