# Exhibit A

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

METRORAIL SAFETY RULES AND PROCEDURES HANDBOOK

SECTION 4 - SAFETY RULES

A.   SAFETY RESPONSIBILITIES

4.1   Employees shall immediately report hazardous and/or unsafe conditions to their supervisor.

4.2   Supervisors are responsible for providing employees under their supervision with a safe and healthful work environment. To achieve this objective, supervisors shall:

   a.   Develop safety instructions for every job, and instruct all personnel under their supervision in the safe work practices and methods at the time assignments are made.

   b.   Request, be knowledgeable of, and enforce the OSHA safety and health standards applicable to their department, including the use of proper protective equipment and suitable tools for the job.

   c.   Provide personal protective equipment and enforce its use at all times.

   d.   Detect, correct and prevent all unsafe acts and conditions that exist in their area of responsibility.

   e.   Ensure that all containers of hazardous materials and chemical products are properly labeled with the name of the product and the name of the manufacturer. Unlabeled containers shall not be used but shall be returned to the storeroom for proper disposition.

   f.   Follow good housekeeping practices; an orderly arrangement of tools, equipment, storage facilities, and supplies.

   g.   Set a good example for persons under their supervision. Offer positive reinforcement to employees who need to improve their safety behavior.

   h.   Investigate each accident, interview each employee/witness involved and take corrective action as needed.

   i.   Ensure that each accident is promptly and fully reported.

   j.   Ensure that proper and prompt first aid is administered when an injury occurs.

69

      k.    Schedule and conduct regular safety meetings with their employees, and follow-up on their suggestions.

4.3    Employees shall not alter or render inoperative any safety devices on vehicles, equipment, structures and/or any other WMATA property, except as authorized by these rules or other WMATA procedures, and then only when proper measures are taken to safeguard personnel and equipment

B.    TREATMENT OF INJURIES

4.4    Employees shall report all on the job injuries, no matter how minor, to their supervisor verbally and in writing as soon as possible, but no later than the completion of work on the date of the injury.

4.5    Employees shall ensure that they get proper attention for all injuries. Eye injuries shall be treated by a doctor or at the nearest hospital emergency ward. If a chemical substance enters the eyes, immediately flush with copious amounts of clean water for a minimum of 15 minutes and then immediately seek medical attention.

4.5.1    Employees requiring medical attention for any reason or for any person shall contact OCC on ext. 1970 and provide the details of the incident. OCC will contact and direct local emergency personnel to the scene.

C.    FIRE PROTECTION RESPONSIBILITIES

4.6    Indications of fire observed on vehicles or Authority property must be reported immediately to the Train Operator, the nearest supervisor, or OCC.

4.7    Employees shall submit a written report of all fires to SAFE.

4.8    Employees shall be familiar with fire regulations, and with the locations and use of fire alarms and fire fighting equipment in their work area and shall keep access to that equipment free at all times.

4.9    The use of any fire extinguisher must be reported to the employee's supervisor and documented on the appropriate form.

4.10    All employees shall report all empty or used fire extinguishers to PLNT for replacement immediately after their use.

4.11    Employees shall not smoke or introduce open flames or sparks into areas where the air contains flammable vapors or concentrations of explosive dust, where welding equipment is in use, where flammables or batteries are stored, or anywhere that NO SMOKING signs are posted.