# Exhibit B

# Initial Train Operator Training Handbook



## Quick Reference Guide

Operations Training
Rail Training Branch
July 2004

# Door Operation Procedure

**ATO (Mode 1) Train Berth - Doors Auto**
When the train is properly berthed the doors will automatically open on the platform side. The train operator will:

1. Announce: "This is a (color) line train to (destination)."

2. Open cab window - **PLATFORM SIDE**

3. Visually inspect **TRACK BED** area for **OBSTACLES** or **PERSONNEL** (authorized or unauthorized) in **FRONT** of train

4. Visually monitor **PLATFORM** area for the following:
   a. Physically impaired patrons.
   b. Wheel chairs, canes, crutches, guide dogs.
   c. Strollers, small children, bicycles.
   d. Intoxicated patrons or any unusual behavior.
   e. Gap areas between granite edge (platform) and train.

5. Continue to monitor platform until the platform's granite edge is clear.

6. Depress the **CLOSED DOOR** button. **NOTE:** Keep your finger on **DOOR OPEN** button in case there is a need to reopen doors.

7. Observe the doors until all **RED DOOR INDICATOR LIGHTS** have extinguished indicating **ALL DOORS ARE CLOSED.**

8. **OPERATOR RETURNS TO CONSOLE** - Visually scan the platform area and track bed in the direction of travel.

9. Bring head inside cab and close window as the train begins to move.

10. Continue monitoring the track bed for unusual activity.

11. Announce: "The next station is (name of station)

**Remember - Always Be Ready To Apply The Emergency Stop Button**

81

# Reberth Door Operation Procedure

## ATO (Mode 1)  Incorrect Berth Position

The train is not properly berthed and the doors failed to open on the platform side. The Train Operator will:

1.  Verify number of cars in the consist.
2.  Verify position of train for number of cars.
3.  Announce: "Your attention please, this train will move forward"
4.  Sound HORN.
5.  Properly berth train for number of cars in consist.
6.  Depress **TRAIN BERTH BUTTON** at 3 mph or less.
7.  Doors open Automatically.
8.  Follow steps 1 – 10 for ATO (Mode 1) Train Berth - Doors Auto procedure.

# Door Operation Procedure Manual Mode

**Mode Two Level 1**

1.  Depress **TRAIN BERTH BUTTON** at 3 mph or less.

2.  Doors open Automatically.

3.  Follow steps 1 – 10 for ATO (Mode 1) Train Berth - Doors Auto procedure.


**Mode Two Level 2 Doors Fail To Open Automatically**

1.  Depress **TRAIN BERTH BUTTON** at 3 mph or less.

2.  **DOORS FAIL TO OPEN**.

3.  Check to verify the train is properly berth for number of cars in the consist. If not, **REBERTH THE TRAIN.**

4.  Go to **PLATFORM SIDE** put head out window look at platform depress **DOOR OPEN** to open doors.

5.  Follow steps 1 – 10 for ATO (Mode 1) Train Berth - Doors Auto procedure.