# Exhibit C

**Train Interval Sheet** — Washington Metropolitan Area Transit Authority

Terminal: B-11   Page No. 5   Date: 12-25-03

| T.D. (In) | Arrival Scheduled | Arrival Actual | Consist | T.D. (Out) | Leaving Scheduled | Leaving Actual | Operator | Remarks |
|---|---|---|---|---|---|---|---|---|
| 101 | 401 | 405 | 3193-3291 | 101 | 420 | 422 | Brown, J | |
| 102 | 416 | 427 | 3149-3117 | 102 | 425 | 433 | Thomas, E | |
| 103 | 431 | 432 | 3275-3003 | | LU | 439 | Peterson SE / Dawkins | B-98 |
| 104 | 446 | 446 | 3145-3202 | 104 | 505 | 505 | Jones, M | |
| 105 | 501 | 501 | 1144-1097 | 105 | 520 | 520 | Rumph, A | |
| 103 | P | 431 | 3208-4026 | 103 | 450 | 450 | Dawkins | |
| 689 | | 551 | 3266-4092-3257 | | LU | 557 | MEADE, WB | |
| 689 | (L) | 806 | 3282-3275-3266 | 689 | LTE | 807 | MEADE, WB | Greenbelt |
| 106 | 516 | 516 | 4091-3098 | 106 | 535 | 535 | Davis, D | |
| 107 | 531 | 530 | 3178-3170 | 107 | 550 | 549 | | |
| 108 | 546 | 544 | 3286-4074 | 108 | 605 | 605 | Poindexter, A | Brooks BK |
| 109 | 601 | 604 | 3260-3212 | 109 | 620 | 620 | Perry, K | |
| 110 | 616 | 614 | 3235-3143 | 110 | 635 | 635 | McCrady, D | |

Supervisor: Calloway

Codes: <Cab> Add  LU = Lay Up  P = Put In

# Train Interval Sheet
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

Terminal: B-11  Page No. 6  Date 12-25-03

| I.D. (In) | Arriving Scheduled | Arriving Actual | Consist | I.D. (Out) | Leaving Scheduled | Leaving Actual | Operator | Remarks |
|---|---|---|---|---|---|---|---|---|
| 101 | 637 | 647 | 3193-3291 | 101 | 650 | 650 | Bradley, J | |
| 102 | 646 | 645 | 3149-3117 | 102 | 705 | 705 | Oliver, N | |
| 103 | 701 | 701 | 3208-4026 | 103 | 720 | 720 | Austin, KC | |
| 104 | 716 | 715 | 3145-3202 | 104 | 735 | 735 | Jones, T | |
| 105 | 731 | 730 | 1144-1097 | 105 | 750 | 750 | Murphy, A | |
| 106 | 746 | 744 | 4091-3098 | 106 | 805 | 805 | Thomas, E | |
| 107 | 801 | 759 | 3118-3170 | 107 | 820 | 820 | Brooks, AK | |
| 108 | 816 | 816 | 3286-4074 | 108 | 835 | 835 | Davis, VD | |
| 109 | 831 | 833 | 3260-3212 | 109 | 850 | 850 | Peterson, SE | |
| 110 | 846 | 846 | 3235-3143 | 110 | 905 | 905 | Poindexter, M | |

Codes: <Cut> Add  LU = Lay Up  P = Put In

Supervisor: [signature] Coleman

Keeps "Express" sets Shown Twice (2)

**Train Interval Sheet** — WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

Terminal: B-11   Page No. 7   Date 12-25-03

| I.D. (In) | Arriving Scheduled | Arriving Actual | Consist | I.D. (Out) | Leaving Scheduled | Leaving Actual | Operator | Remarks |
|---|---|---|---|---|---|---|---|---|
| 101 | 901 | 900 | 3193-3291 | 101 | | 920 | Perry, R | |
| 203 | 909 | 908 | 3146-3217 | | LV | 911 | Ross, JA | B-98 |
| 102 | 916 | 916 | 3149-3117 | 102 | 935 | 935 | Marina, DA | |
| 204 | 924 | 923 | 3097-3153 | | LV | 928 | White, JB | A-26 |
| 103 | 931 | 929 | 3208-4026 | 103 | 950 | 950 | Brown, V | |
| 764 | (D) | 1006 | 3151-3104 | 764 | LYK | 1007 | White, JB (197) Fort Totten |
| 108 | 1044 | 1049 | 3284-4074 | 108 | 1105 | 1105 | Davis, AV | |
| 202 | 1051 | 1050 | 3260-3212 | 202 | 1120 | 1120 | Brooks, RK | |
| 110 | 1116 | 1114 | 3235-3143 | 110 | 1137 | 1136 | Pringleton, M | |
| 205 | 939 | 939 | 3224-3164 | | LV | 944 | Pearson, W | |
| 104 | 944 | 944 | 3145-3202 | 104 | 1005 | 1005 | Liver, DN | B-98 |
| 105 | 1001 | 1001 | 3062-3064 | 105 | 1020 | 1020 | Austin, KC | |
| 106 | 1016 | 1015 | 4091-3092 | 106 | 1035 | 1035 | Jones, JC | |
| 107 | 1031 | 1031 | 3178-3170 | 107 | 1050 | 1052 | Rumph, A | |

Supervisor: C. Man

Codes: <Cob>  AM  LU = Lay Up  P = Put In

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 (10/02)

TOTAL P.04