IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, a/k/a WMATA,<br><br>Defendant. | Civil Action No. 1:06-CV-00074 (AK)<br><br>Magistrate Judge Alan Kay |

## MOTION OF PLAINTIFF FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2, the attached declaration, and the attached certificate, Plaintiff Marilyn Preston-Killingham ("Plaintiff") moves for the admission of Sean C. Abouchedid of the law firm Kirkland & Ellis, LLP to represent the Plaintiff in this action. Mr. Abouchedid is a member in good standing of the bar of the State of New Jersey. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Abouchedid should this Motion be granted.

Dated:  June 13, 2007

Respectfully submitted,

__/s/_ Eunnice H. Eun_____
Eunnice H. Eun (D.C. Bar No. 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000 (Tel.)
(202) 879-5200 (Fax)