# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,<br><br>       Plaintiff,<br><br>       v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY, a/k/a<br>WMATA,<br><br>       Defendant. | Civil Action No. 1:06-CV-00074 (AK)<br><br>Magistrate Judge Alan Kay |

## **DECLARATION OF SEAN C. ABOUCHEDID**

I, Sean C. Abouchedid, declare under penalty of perjury that the following is true and correct:

1.     I am an associate in the Washington, D.C. office of the law firm of Kirkland & Ellis, LLP.  My firm has been retained to represent on a pro bono basis Plaintiff, Marilyn Preston-Killingham, in the above-referenced matter.

2.     My office address is 655 Fifteenth Street, N.W., Washington, D.C.  20005, and my office telephone number is 202-879-5000.

3.     I am admitted to practice in, and am a member in good standing of, the bar of the State of New Jersey.

4.     I have not been disciplined by any bar.

5.     I have never been admitted *pro hac vice* in this Court.

6.     I engage in the practice of law in an office located in the District of Columbia.  I am not a member of the District of Columbia bar, but my application for membership in the District of Columbia bar is pending.

7. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

8. I will act as co-counsel for Plaintiff with Eunnice H. Eun, D.C. Bar No. 500203, an associate in the Washington, D.C. office of Kirkland & Ellis, LLP, who is a member in good standing of the bar of this Court.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiff and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiff in this matter.

Executed: June 13, 2007                     __/s/ Sean C. Abouchedid_____
                                            Sean C. Abouchedid