IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, a/k/a WMATA,<br><br>    Defendant. | Civil Action No. 1:06-CV-00074 (AK)<br><br>Magistrate Judge Alan Kay |

**LCVR 83.2(g) CERTIFICATE OF PRO BONO REPRESENTATION**

Pursuant to LCvR 83.2(g), I, Sean C. Abouchedid, hereby certify that I am an attorney with Kirkland & Ellis LLP and that I am providing representation without compensation to Marilyn Preston-Killingham, the Plaintiff in the above-captioned litigation. I further certify that I am a member in good standing of the bar of the Supreme Court of New Jersey (N.J. Bar No. 031412006) and that my application to the District of Columbia Bar is pending.

Dated: June 13, 2007

Respectfully submitted,

       /s/ Sean C. Abouchedid       
Sean C. Abouchedid*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
*Admitted only in New Jersey and practice is supervised by principals of the Firm.