UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN PRESTON-KILLINGHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV00074-AK |
| | ) | |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT WMATA'S UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR EXPERT DISCLOSURES,
DISCOVERY CUT-OFF, AND SUMMARY JUDGMENT MOTIONS**

Defendant Washington Metropolitan Area Transit Authority ("WMATA") respectfully moves the Court pursuant to Fed. R. Civ. P. 6(b), for a thirty day extension of time, to and including July 13, 2007, to provide its expert disclosures in this case. The current deadline is June 13, 2007. WMATA also requests that the discovery and summary judgment deadlines be similarly extended by approximately 30 days as reflected in the attached proposed order. This request is necessitated by the fact that the deposition of Plaintiff is scheduled for June 14, 2007, and WMATA needs the information from the deposition before making a decision on what experts to utilize.

WHEREFORE, for the foregoing reasons, WMATA respectfully requests that this motion be granted and that the schedule be adjusted as reflected in the proposed order.

## POINTS AND AUTHORITIES

Fed. R. Civ. P. 6(b).

## Coordination With Counsel

Counsel for Plaintiff has advised that Plaintiff will not oppose this motion.

Respectfully submitted,

/s/
Gerard J. Stief #925933
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1463
Attorney for Defendant WMATA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendant WMATA's Unopposed Motion for Extension of Time for Expert Disclosures, Discovery Cut-Off, and Summary Judgment Motions** was electronically transmitted this 13th day of June, 2007 to:

Patrick M. Bryan, Esq.
Eunnice H. Eun, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005

/s/
Gerard J. Stief

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00074-AK |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Defendant WMATA's Unopposed Motion for Extension of Time for Expert Disclosures, Discovery Cut-Off, and Summary Judgment Motions, it is by the Court this ____ day of _____, 2007:

ORDERED: that the motion is granted. Defendant's expert disclosures are due July 13, 2007; discovery is to be concluded by August 13, 2007; summary judgment motions, if any, are due by September 13, 2007.

_____
Alan Kay
United States Magistrate Judge