UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN PRESTON-KILLINGHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV00074-AK |
| | ) | |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT WMATA'S SECOND MOTION FOR**
**EXTENSION OF TIME FOR EXPERT DISCLOSURES**

Defendant Washington Metropolitan Area Transit Authority ("WMATA") respectfully moves the Court pursuant to Fed. R. Civ. P. 6(b), for a 28-day extension of time, to and including August 10, 2007, to provide its expert disclosures in this case. The current deadline is July 13, 2007. This request is necessitated by the workload of the undersigned counsel and the fact that the parties are attempting to resolve issues related to the production of medical records requested by WMATA which would be relevant to an independent medical examination. This motion will not affect the September 10, 2007 discovery cut-off date.

WHEREFORE, for the foregoing reasons, WMATA respectfully requests that this motion be granted and that the schedule be adjusted as reflected in the proposed order.

**POINTS AND AUTHORITIES**

Fed. R. Civ. P. 6(b).

**Coordination With Counsel**

_____WMATA attempted to contact counsel for Plaintiff prior to filing this motion, but has not heard back prior to this motion being finalized.

Respectfully submitted,

/s/
Gerard J. Stief #925933
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-1463
Attorney for Defendant WMATA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Defendant WMATA's Second Motion for Extension of Time for Expert Disclosures** was electronically transmitted this 13th day of June, 2007 to:

Patrick M. Bryan, Esq.
Eunnice H. Eun, Esq.
Sean C. Abouchedid, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

/s/
Gerard J. Stief

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARILYN PRESTON-KILLINGHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00074-AK |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

Upon consideration of Defendant WMATA's Second Motion for Extension of Time for Expert Disclosures, it is by the Court this ____ day of _____, 2007:

ORDERED: that the motion is granted. Defendant's expert disclosures are due August 10, 2007.

_____
Alan Kay
United States Magistrate Judge