UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARILYN PRESTON-KILLINGHAM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06CV00074-AK |
| | ) | |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

The Clerk of the Court will please dismiss this action with prejudice as settled with each party to bear their own costs.

| /s/ | /s/ |
|---|---|
| Patrick M. Bryan #490177 | Gerard J. Stief #925933 |
| Eunnice H. Eun #500203 | Associate General Counsel |
| Sean C. Abouchedid | 600 Fifth Street, N.W. |
| Kirkland & Ellis, LLP | Washington, D.C. 20001 |
| 655 Fifteenth Street, N.W. | 202- 962-1463 (Tel) |
| Washington, D.C. 20005 | Attorney for Defendant WMATA |
| 202-879-5000 (Tel) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Stipulation of Dismissal** was electronically transmitted this 8th day of November 2007 to:

Patrick M. Bryan, Esq.
Eunnice H. Eun, Esq.
Sean C. Abouchedid, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

                                                /s/
                                     Gerard J. Stief